IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNIFER A. CARTE,                          :

              Plaintiff         :      Civil Action 2:09-cv-178

      v.                    :      Judge Frost

LOFT PAINTING COMPANY, INC., *et al*:    Magistrate Judge Abel

             Defendants.      :

**ORDER**

The April 29, 2009 motion of Donald Nickerson to permit Brian R. Swiger

and Suzanne M. Persinger to appear *pro hac vice* on behalf of Defendant American

Electric Power Service Corporation (doc. 70) is GRANTED **on the condition that,**

**within 15 days of the date of this Order, counsel register for electronic**

**filing.  S.D. Ohio Civ. Rule 83.5(b).  Counsel should register on-line:**

      **http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day.

The Court will serve all notices and orders on counsel electronically.  Additional

information about electronic filing may be found at the Court's website:

     http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experience any problems registering, they should call Lisa Wright (614-

719-3222).

Under the provisions of S.D. Ohio L.R. 83.3(e), an application for admission

pro hac vice must be accompanied by payment of the admission fee.  American

Electric Power Service Corporation has not tendered the combined $400 fee.

Defendant is DIRECTED to tender the $400 fee **within thirty (30) days of the date of this Order**.


                                        s/Mark R. Abel
                                        United States Magistrate Judge